UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY K. LANDRUM, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 4:14-CV-1811 |
| § | |
| HARRIS COUNTY EMERGENCY CORPS, § | |
| § | |
| Defendant. § | |

## ORDER

On June 29, 2014, Jeffrey K. Landrum ("Landrum") filed a three-count class action complaint against Harris County Emergency Corps ("HCEC" or the "defendant") alleging violations of the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681, *et seq*. Pending before the Court is Landrum's Fed. R. Civ. P. 23 motion for class certification in which he seeks certification of an "Adverse Action Class" and a "Background Check Class" (ECF No. 19). With respect to the Background Check Class, Landrum's request has been rendered moot by the Court's Memorandum Opinion and Order, entered today (ECF No. 29), granting HCEC's motion for partial summary judgment. Regarding the "Adverse Action Class," Landrum's proposal fails because, *inter alia*, Rule 23's numerosity requirement has not been satisfied: Landrum has not come forward with any evidence identifying any individuals, other than himself, who suffered adverse employment action based on a consumer report procured or caused to be procured by HCEC. Accordingly, Landrum's motion for class certification is DENIED.

It is so ORDERED.

SIGNED on this 16th day of July, 2015.

_____
Kenneth M. Hoyt
United States District Judge